CITY OF NEW ROCHELLE, Respondent, *v.* ALICE S. STEVENS, as Administratrix with the Will Annexed of CHARLES G. BANKS, Deceased, Appellant.

Submitted June 1, 1954; decided June 4, 1954.

■■■■■■■■■■

*Murray C. Fuerst, Corporation Counsel* (*Francis S. Claps* of counsel), for motion.

*Lyle Evans Mahan* opposed.

Motion granted and appeal dismissed, with $10 costs of motion.